IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01960-RPM-CBS

JOSIAH BRANDT and
JAMES M. DOUGLAS f/k/a
JAMES PURCELL,

    Plaintiffs,

v.

b d SYSTEMS, INC., a Colorado Corporation and
SCIENCE APPLICATIONS INTERNATIONAL CORPORATION, a Delaware corporation,

    Defendants.

---

## ORDER OF DISMISSAL

---

    Pursuant to Plaintiffs' Unopposed Motion for Dismissal of Claims, with Prejudice [35] it is

    ORDERED that the complaint and action are dismissed with prejudice, and that, except as plaintiffs and Defendants may have agreed among themselves, each party shall be responsible for their own attorneys' fees and costs.

    Dated: January 23rd, 2008

                              BY THE COURT:
                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge